# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2786

_____

Lawrence Alan Goldblatt

*Plaintiff - Appellant*

v.

Ocwen Financial Corporation; Ocwen Loan Servicing, LLC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: August 3, 2018
Filed: August 8, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Lawrence Goldblatt appeals following the district court's[1] Fed. R. Civ. P. 12(b)(6) dismissal of his complaint asserting a wrongful foreclosure claim. Having

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

carefully reviewed the record and the parties' filings, <u>see</u> <u>United States ex rel.</u> <u>Ambrosecchia v. Paddock Labs., LLC</u>, 855 F.3d 949, 954 (8th Cir. 2017) (dismissal under Rule 12(b)(6) is reviewed de novo)), we affirm for the reasons stated in the district court's orders. <u>See</u> 8th Cir. R. 47B. Goldblatt's motion to file a supplemental brief and motion to stay are denied as moot.

—————————————————